Commonwealth *v.* Altemus, Appellant.

Argued April 13, 1970. *William C. Robinson*, with him *Henninger & Robinson*, for appellant; *Robert F. Hawk*, Assistant District Attorney, with him *David Cook*, Assistant District Attorney, and *John H. Brydon*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Armstrong, Appellant.

Submitted April 14, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for aplant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Armstrong, Appellant.

Submitted April 14, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.